◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN KARRIS, Appellant. [19 NYS3d 190]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered December 14, 2012, convicting him of assault in the second degree as a hate crime, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to support the defendant's conviction of assault in the second degree as a hate crime. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]; *People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions, raised in his pro se supplemental brief, are unpreserved for appellate review and, in any event, without merit. Hall, J.P., Sgroi, Cohen and Maltese, JJ., concur.